# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| EDWARD SARTORIS<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>WARDEN HAIDLE<br>SGT. ZITO<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br><br>FILED<br>SCRANTON<br>SEP 2 4 2021<br>PER _____<br>DEPUTY CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | EDWARD SARTORIS |
| All other names by which you have been known: | |
| ID Number | 2020 0000 385 |
| Current Institution | MCCF - MONROE COUNTY CORR. FACILITY |
| Address | 4250 MANOR DRIVE |
| | STROUDSBURG   PA      18360 |
| | City              State           Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WARDEN HAIDLE |
| Job or Title *(if known)* | WARDEN |
| Shield Number | |
| Employer | MONROE COUNTY CORR. FACILITY |
| Address | 4250 MANOR DRIVE |
| | STROUDSBURG   PA      18360 |
| | City              State           Zip Code |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | SGT. ZITO |
| Job or Title *(if known)* | CORRECTION OFFICER |
| Shield Number | |
| Employer | MONROE COUNTY CORR. FACILITY |
| Address | 4250 MANOR DRIVE |
| | STROUDSBURG   PA      18360 |
| | City              State           Zip Code |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

        Name

        Job or Title *(if known)*

        Shield Number

        Employer

        Address

                    *City*           *State*        *Zip Code*

        ☐ Individual capacity  ☐ Official capacity

Defendant No. 4

        Name

        Job or Title *(if known)*

        Shield Number

        Employer

        Address

                    *City*           *State*        *Zip Code*

        ☐ Individual capacity  ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MEDICAL ATTENTION, MEDICAL TREATMENT, CRUEL + UNUSUAL PUNISHMENT,

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

NA

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I WAS DENIED WATER, MEDS, FOOD, SUSTINENCE

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

MONROE COUNTY CORRECTIONAL FACILITY, THROUGHOUT FORCED SUICIDE WATCH ON JULY 11TH 2020

PROSE 14 (REV. 12/16) FORM     CONTINUATION PAGE

EDWARD SARTORIS
     - V -
WARDEN HAIDLE AND
SGT. ZITO

IV

B.  ON "B" BLOCK WITH NO WATER IN 10 CELL
 AND OVER 24 HOURS WITH NO WATER OR MEDS.
THE SHIFT SUPERVISOR, SGT ZITO, SHOWED
DELIBERATE INDIFFERENCE TO MY MEDICAL
CONDITION NOR MY NEED FOR DIABETIC
MEDICINES. I WAS TREATED WITH PILLS AND
INSULIN 4 TIMES A DAY SINCE MY INCARCERATION
IN FEBRUARY.
       THE MEDICAL STAFF BECAME ALARMED
AND NURSE VARGAS WHO STARTED THE 3RD
SHIFT ASKED "... WHO PREVENTED THIS
MAN FROM GETTING HIS MEDS, THIS MAY
ACTUALLY BE A DIABETIC STROKE". SHE
CALLED SOMEONE ON THE PHONE IN A
PANIC AND THEY INSISTED I BE MEDEVACED
TO THE HOSPITAL. I WAITED FOR 2 C.O.'S
TO GET READY AND THEN THEY DROVE
ME TO THE HOSPITAL. DID THEY ACT WITH
CRIMINAL RECKLESSNESS? EITHER WAY THIS WAS
IMPERMISSIBLE PUNISHMENT, AND THERE FORE
CONSTITUTED PUNISHMENT IN VIOLATION OF MY
DUE PROCESS RIGHTS, AND CLEARLY DELIBERATE
INDIFFERENCE ON THE PART OF THE FACILITY AND
STAFF.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

JULY 11TH, 2020  1:00 PM  ONWARD

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I WAS PUT ON SUICIDE WATCH. THE CELL HAD NO WATER. THE CORRECTION OFFICER STATED: " ... I HAVE NEVER SEEN THIS, YOU NEED WATER AND MEDS..." I ASKED SGT ZITO FOR MY INHALOR FOR MY COPD, HE ANSWERED WITH VULGARITIES, OBSENITIES AND PREVENTED MEDICAL SERVICES. THIS WAS DELIBERATE INDIFFERENCE TO MY KNOWN MEDICAL CONDITION.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I AM DIABETIC, ASTHMATIC, WITH HIGH BLOOD PRESSURE, COPD. I WAS REFUSED MEDICAL TREATMENT AND WATER I WAS TOLD BY THE SUPERVISOR "HE DIDN'T GIVE A FUCK IF I HAD A HEART ATTACK". LATER THAT NIGHT I HAD A HEART ATTACK AND WAS TREATED IN LVPMC FROM THE 11 OF JULY TO THE 14TH OF JULY 2020.

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I WANT THE COURT TO AWARD MONETARY DAMAGES FOR COMPENSATORY AND PUNITIVE CHARGES FOR A MONETARY AWARD. PAIN AND SUFFERING, SLEEP DEPRIVATION, HEART DAMAGES.

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies arc also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MCCE / MONROE COUNTY CORRECTIONAL FACILITY

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.    Where did you file the grievance?

I FILED IT AT MCCF

2.    What did you claim in your grievance?

THAT I WAS TREATED UNPROFESSIONAL) DENIED MED

3.    What was the result, if any?

THE WARDEN SAID HE WASN'T AWARE OF THIS

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I GRIEVED TO STEP II. I WROTE A LETTER.

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

NA

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

NA

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I SENT A SLIP IMMEDIATELY TO MEDICAL ASKING WHY I WAS DENIED MEDS AND WATER WITH DIABETES AND OTHER MEDICAL ISSUES. THEY CHOSE NOT TO ANSWER.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   NA

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    NA
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  SEPTEMBER 15TH, 2021

Signature of Plaintiff  *Edward Sartoris*
Printed Name of Plaintiff  EDWARD SARTORIS
Prison Identification #  202000000385
Prison Address  4250 MANOR DRIVE
STROUDSBURG      PA      18360
　　　　　　　　　*City*　　　　*State*　　　*Zip Code*

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
　　　　　*City*　　　　*State*　　　*Zip Code*

Telephone Number  _____
E-mail Address  _____

ED SARTOELS
42XXX MONROE COUNTY CORRECTIONAL FACILITY
STROUDSBURG, PA 18360 MAJOR DRIVE
STROUDSBURG, PA
18360

LEGAL MAIL!

RECEIVED
SCRANTON
SEP 2 4 2021
PER _____
DEPUTY CLERK

PETER J. WELSH
CLERK OF COURTS
UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148

