21-CV-1646

CONTINUATION PAGE 1 OF 1
MONROE COUNTY CORRECTIONAL FACILITY
INMATE GRIEVANCE FORM

EDWARD SARTORIS   2020 0000 385
GRIEVANCE TRACKING # 2021-G-0138

PART I: TO WATER, MEDS AND FOOD. SGT ZITO RESPONDED BY SAYING "GO FUCK YOURSELF, I HOPE YOU FUCKING DIE"! THE C.O. WITH HIM SAID "... MAYBE WE SHOULD LEAVE HIM WATER" AND AGAIN SGT ZITO RESPONDED WITH SOME UNPROFESSIONAL PROFANITY WHERE HE FINISHED UP BY SAYING "... WHO GIVES A FUCK WHAT'S WRONG WITH HIM, LET HIM DIE, ONE LESS PROBLEM FOR THE JAIL". THOSE WORDS WILL ECHO IN MY HEAD UNTIL THE END OF TIME. LATER THAT NIGHT I SUFFERED A HEART ATTACK AND WAS FOUND IN AN UNCONSCIOUS UPSIDE STATE BY THE C.O. I WAS REVIVED AND TAKEN TO THE HOSPITAL EMERGENCY ROOM WHERE I WAS TOLD I SUFFERED A HEART ATTACK. I WAS ADMITTED AND TREATED OVER THE COURSE OF 3 DAYS. NOT EXACTLY THE KIND OF CARE EXPECTED FOR SOMEONE WHO WAS ON SUICIDE WATCH AND THE C.O. STATED SHE CHECKED ON ME IN DIFFERENCE TO SGT ZITO'S ORDERS.

PART II: AND PRIMECARE MEDICAL. NO RETRIBUTION CONSEQUENCES OR ABUSE IN PURSUIT OF COMPENSATION AND PUNITIVE DAMAGES DUE TO HEART DECEASE SUSTAINED DURING THEIR LACK OF PROPER CARE.

# Monroe County Correctional Facility

## Inmate Grievance Form

Inmate's Name: __Edward Sartoris__   OCA # __2020-0600385__

Date Grievance requested __8/19/21__   Date Grievance given to inmate __8/19/21__

Grievance Tracking Number __2021-C-0130__

Completed grievance received by Grievance Coordinator on _____

**Inmate Filing Grievance:**
Complete Parts I and II of this form using clear, specific and brief statements. Attach any request slips which will verify your attempt to resolve this issue with correctional staff and/or supervisors.

**Part I:** State your grievance clearly. If you need more space attach a separate sheet of paper.

DETAINEE STATES HE WAS CONFINED, ABUSED, HIT, THREATENED WITH PROFANITY AND LEFT WITH NO WATER IN HIS CELL. DETAINEE PLEADED WITH SGT. ZITO HE WAS DIABETIC, AN NEEDED ACCESS

**Part II:** Action or relief requested.

DETAINEE REQUESTS CONTINUED MEDICAL CARE AND BENEFITS FROM MONROE COUNTY CORRECTIONAL FACILITY, THE COUNTY OF MONROE, THE COMMONWEALTH OF PENNSYLVANIA

**Certification:** I submit this grievance in good faith, having exhausted all other remedies and without the intent to harass. I affirm that all statements I have given are true and correct. I understand that I have guarantee against reprisal but also understand that I may face disciplinary action if I have filed this grievance under false pretenses or intentionally made false statements.

_Edward Sartoris_   EDWARD SARTORIS
Inmate's Signature            Inmate Print Name

**Grievance Response – Step 1**
Answered by __Sgt. Ard__   Date: __8/30/21__

Please provide name of officer who was there to corroborate your story. Thank you.

RESPONSE - YOU NEED TO CHECK YOUR DUTY ROSTER I WAS NOT IN THE JAIL LONG ENOUGH TO KNOW NAMES.

I, Inmate __EDWARD SARTORIS__ do not agree with the response in Step 1 and would like this grievance to be sent to the final grievance step.
I understand the Final Step, answered by the Warden/designee is the final step in the grievance process and shall be considered final.

_Edward Sartoris_   EDWARD SARTORIS 8/31/21
Inmate Signature            Print name and date

**Grievance Response – Final Step**
Answered by Warden __Warden Haidle__   Date: __9-1-2021__

No Incident was reported, is there a date that this supposedly occurred?

Golden rod copy kept by inmate prior to original submission
Pink copy kept by inmate if submitted to Final Step
Upon final response yellow copy to grievance file, white copy to inmate

EDWARD SARTORIS
3:21-CV-01646
4250 MANOR DRIVE
STROUDSBURG, PA
18360

RE: 3:21-cv-01646
LEGAL MAIL

LEHIGH VALLEY PA 180
4 OCT 2021 PM 4 L

RECEIVED
SCRANTON
OCT 06 2021
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK / PETER WELSH
UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
P.O. BOX 1148
235 NORTH WASHINGTON AVENUE
SCRANTON, PA 18501-1148

18501-500199