# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SARTORIS, | : | Civil No. 3:21-cv-1646 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN HAIDLE, SGT. ZITO, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 21st day of September, 2022, upon consideration of Plaintiff's motions (Docs. 25, 33) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 25, 33) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge