IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SARTORIS, | : | Civil No. 3:21-cv-1646 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN HAIDLE, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 10th day of December, 2022, upon consideration of Defendants' motion (Doc. 34) to partially dismiss the amended complaint, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 34) is **GRANTED**.

2. The claims against Warden Haidle and Deputy Warden McCoy are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Warden Haidle and Deputy Warden McCoy as Defendants in this action.

3. The official capacity claims are **DISMISSED**.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge