IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD SARTORIS, | Civil No. 3:21-cv-1646 |
| Plaintiff | (Judge Mariani) |
| v. | |
| WARDEN HAIDLE, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 14th day of April, 2023, upon consideration of Plaintiff's motion (Doc. 64) for extension of time to complete discovery, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 64) is **GRANTED**.

2. Discovery shall be completed on or before June 1, 2023. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

3. Dispositive motions shall be filed on or before July 3, 2023.

4. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

5. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of Court, shall be stricken from the record.

6. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

Robert D. Mariani
United States District Judge