IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SARTORIS, | : | Civil No. 3:21-cv-1646 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SERGEANT ZITO, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this 9th day of February, 2024, upon consideration of Defendant's motion (Doc. 76) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 76) is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Sergeant Zito, and against Plaintiff.

2. The Clerk of Court is further directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge